against seals and it's